## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY ENERGY SERVICES, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>PROFRAC SERVICES, LLC; PROFRAC MANUFACTURING, LLC; U.S. WELL SERVICES, LLC; and U.S. WELL SERVICES HOLDINGS, LLC,<br><br>    *Defendants*. | § § § § § § § § § § § § | Case No. 2:24-cv-00884-JRG-RSP |
| PROFRAC SERVICES, LLC; PROFRAC MANUFACTURING, LLC; U.S. WELL SERVICES, LLC; and U.S. WELL SERVICES HOLDINGS, LLC,<br><br>    *Counter-Plaintiffs*,<br><br>v.<br><br>LIBERTY ENERGY SERVICES, LLC; LIBERTY ENERGY, INC.; LIBERTY ADVANCED EQUIPMENT TECHNOLOGIES LLC,<br><br>    *Counter-Defendants*. | § § § § § § § § § § § § § § § § § § | |

## ORDER

Before the Court is the Joint Motion to Sever Counterclaims. **Dkt. No. 39**. Having reviewed the Motion, and after due consideration, the Court hereby **GRANTS** the Motion.

Therefore, it is **ORDERED** that Defendants' Counterclaims 11 - 16 in the above-captioned case are severed into a new case. The Clerk of Court is directed to **OPEN** a new case with this Order as the first filing, showing the caption as the ProFrac parties vs. the Liberty parties.

It is further **ORDERED** that Defendants herein promptly file in the new case a complaint consisting of the current counterclaims 11 – 16, and that Plaintiffs herein promptly file an answer consisting of the relevant portions of the current answer. The parties shall then meet and confer and file appropriate motions to enter agreed discovery, protective, and docket control orders addressing the severed claims in the new case.

**SIGNED this 11th day of May, 2025.**

                                                ROY S. PAYNE
                                                UNITED STATES MAGISTRATE JUDGE